UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VINCENT CARSON,<br>          Petitioner,<br>   v.<br>D.G. ADAMS, Warden,<br>          Respondent. | No. CV 09-9194-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 14, 2013

_____
CHRISTINA A. SNYDER
United States District Judge